1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONTGOMERY RESTAURANT PARTNERS, LLC d/b/a MOURAD, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00880-MCE-AC<br><br>*Honorable Judge Morrison C. England, Jr.*<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**<br><br>Complaint Filed:   May 13, 2022<br>Trial Date:   None Set |

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Flor Jimenes and Defendant Montgomery Restaurant Partners, LLC d/b/a Mourad's joint request that this Court enter a dismissal with prejudice as to Plaintiff's claims and without prejudice as to the claims of the putative class, is GRANTED in full.  Each party shall bear his or its own fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  June 6, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**